**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                              :
UNITED STATES OF AMERICA         :
                                              :
      -against-                       :            **ORDER**
                                              :
Antonio Payano                       :            23-cr-110-8 (MKV)
                                              :               Docket #
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2024

__Mary Kay Vyskocil__, **DISTRICT JUDGE:**
    Judge's Name

The C.J.A. attorney assigned to this case
__Sanford Talkin__ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to __David Wikstrom__, NUNC-PRO-TUNC __2/12/2024__.
                          Attorney's Name

                                  SO ORDERED.

                              */s/ Mary Kay Vyskocil*
                            UNITED STATES DISTRICT JUDGE

**Dated:** **February 12, 2024**
          **New York, New York**