USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2024

LAW OFFICES
DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: david@davidwikstrom.com
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

August 2, 2024

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: United States v Antonio Payano, *et al.*
23 CR 110 (MKV)

Dear Judge Vyskocil:

By this letter motion I seek a modification of the conditions of Antonio Payano's bail, specifically to replace the home detention condition of his bond with a curfew condition, leaving in place GPS monitoring. Assistant United States Attorney Jeffrey Coyle and Pretrial Services Officer Jonathan Lettieri consent to the application.

Mr. Payano was released on a $500,000.00 PRB on Oct. 23, 2023 (ECF No. 115). Throughout the pendency of the case, the bond's conditions have included home detention under ¶ 7(b)(2). Mr. Payano is compliant with his bail conditions. In May 2024 Mr. Payano secured employment as an hourly home health aide with a Bronx health care agency. Currently his hours are limited to approximately 25 hours per week. He wishes to expand his employment hours as much as possible in the months preceding his November sentence, and doing so would be easier for Pretrial to administer by a switch of the location monitoring protocol of the bond from home detention to curfew. If the Court were to grant the application, the home detention provision of ¶ 7(p)(2) of the bond would be terminated, the Curfew condition of ¶ 7(p)(1) would imposed, and the GPS location monitor provision of ¶ 7(q)(4) would remain in effect.

As noted, the application is consented to by the Government and by Pretrial. Accordingly, I respectfully request that the Court grant the application.

Sincerely,

David Wikstrom

**Granted. SO ORDERED.**

Date: 8/8/2024
New York, New York

Mary Kay Vyskocil
United States District Judge