USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                                     :
UNITED STATES OF AMERICA
                                                     :   23 Cr. 110-8 (MKV)

   -against-                                  :   <u>ORDER</u>
                                                     :
Antonio Payano
                                                     :
       Defendant
                                                   :
-------------------------------------X

MARY KAY VYSKOCIL, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to include drug testing/treatment as directed by Pretrial Services.

    Dated: New York, New York
          October <u>22</u>, 2024

                                    SO ORDERED:

                                    _____
                                    MARY KAY VYSKOCIL
                                    United States District Judge