

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2024

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 12, 2024

**By ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   **Re:**  *United States v. Antonio Payano*, S1 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

  The Government writes respectfully to request a two-day extension to file its sentencing submission no later than November 14, 2024 in the above-referenced matter. This is the Government's first request for an extension, and counsel for the defendant consents to this request. The undersigned makes this request due to a personal health matter.

               Respectfully submitted,

               DAMIAN WILLIAMS
               United States Attorney

By: */s/ Jeffrey W. Coyle*
    Jeffrey W. Coyle
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2437 / 2559
    Jeffrey.Coyle@usdoj.gov

---

**Granted. SO ORDERED.**

Date: 11/13/2024 */s/ Mary Kay Vyskocil*
New York, New York    Mary Kay Vyskocil
          United States District Judge